UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYCE CORLEY,<br><br>                                 Petitioner,<br><br>-against-<br><br>HONORABLE ALISON J. NATHAN; WILLIAM PELHAM BARR, UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA,<br><br>                               Respondents. | 20-CV-1283 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued May 18, 2020, dismissing the petition,

    IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    This judgment will be mailed in chambers.

SO ORDERED.

Dated:   May 18, 2020
            New York, New York

                                                       *Louis L. Stanton*
                                                         Louis L. Stanton
                                                            U.S.D.J.